| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy M. Ryan, Bar No. 178059<br>Andrew J. Mase, Bar No. 300680<br>Tadeusz McMahon, Bar No. 304699<br>THE RYAN FIRM<br>A Professional Corporation<br>30 Corporate Park, Suite 310<br>Irvine, CA 92606<br>Tel. (949) 263-1800   Fax (949) 872-2211<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Balcor, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>JUBILIO ESCALERA<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-14597-SK<br><br>CHAPTER: 13<br><br>---<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l)**<br>**(with supporting declarations)**<br>**(UNLAWFUL DETAINER)**<br><br>---<br><br>DATE:  May 15, 2019<br>TIME:  8:30 a.m.<br>COURTROOM:  1575 |

**Movant**: Balcor, LLC

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                          **F 4001-1.RFS.UD.MOTION**

4. When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5. If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6. ☐ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d). If you wish to oppose this motion, you must file and serve a written response to this motion no later than 14 days before the hearing and appear at the hearing.

7. ☒ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b). If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

   a. ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

   b. ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

   c. ☒ An application for order setting hearing on shortened notice was filed and remains pending. After the court rules on that application, you will be served with another notice or an order that specifies the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date: 04/25/2019

The Ryan Firm, APC
_____
Printed name of law firm (if applicable)

Tadeusz McMahon
_____
Printed name of individual Movant or attorney for Movant

/s/ Tadeusz McMahon
_____
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    **F 4001-1.RFS.UD.MOTION**

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER
## CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
### (Unlawful Detainer)

**1.  Movant is the:**

a.  ☒  Owner of the Property
b.  ☐  Authorized Agent of the owner of the Property
c.  ☐  Other (*specify*):

**2.  The Property at Issue (Property):**

Type of Property:  ☒ Residential   ☐ Nonresidential

*Street Address*: 29416 Malibu View Court
*Unit/Suite Number*:
*City, State, Zip Code*: Agoura Hills, CA 91301

**3.  Bankruptcy Case History:**

a.  ☒  A voluntary   ☐ An involuntary   petition under chapter   ☐ 7  ☐ 11  ☐ 12  ☒ 13
was filed on (*date*): 04/22/2019

b.  ☐  An order to convert this case to chapter   ☐ 7  ☐ 11  ☐ 12  ☐ 13
was entered on (*date*):

c.  ☐  A plan was confirmed on (*date*):

**4.  Pursuant to 11.U.S.C. § 362(b)(22) and (23) there is no stay because (*check all that apply*):**

a.  ☐  Movant commenced an eviction, unlawful detainer action or similar proceeding against the Debtor involving residential property in which the Debtor resides and:

(1)  ☐  The Debtor has not filed and served on Movant the certification required under 11 U.S.C. § 362(l)(1).

(2)  ☐  The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the petition.

(3)  ☐  The Debtor or adult dependent of the Debtor has not filed and served on Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

(4)  ☐  Movant filed and served an objection to the Debtor's certification.  A copy of the objection is attached as Exhibit _____.  A hearing on this objection is set for (*date*) _____.

**5.  Grounds for Relief from Stay: (*check all that apply*)**

a.  ☒  Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of the bankruptcy petition date, the Debtor had no right to continued occupancy of the premises, as follows:

(1)  ☐  Movant caused a notice to quit to be served on the Debtor.

(2)  ☒  An unlawful detainer proceeding was commenced on (*date*) _05/01/2018_.

(3)  ☐  An unlawful detainer judgment was entered on (*date*) _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(4) ☐ Movant acquired title to the Property by foreclosure sale before the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

(5) ☐ Movant acquired title to the Property by foreclosure sale after the bankruptcy petition was filed and recorded the deed within the period provided by state law for perfection.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(1) the Debtor's right to possession should be terminated because (*check all that apply*):

(1) ☐ The lease or other right of occupancy expired by its terms on (*date*) _____.

(2) ☐ The lease has matured, been rejected or deemed rejected by operation of law on (*date*) _____.

(3) ☐ Lease payments have not been made after the filing of the bankruptcy petition.

(4) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant filed and served upon the Debtor a certification that ☐ such an action was filed or
☐ that within the 30 days preceding the certification, the Debtor has endangered the subject Property or illegally allowed the use of controlled substances on the Property. A copy of Movant's certification is attached as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

(5) ☒ The bankruptcy case was filed in bad faith:

(A) ☒ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

(B) ☒ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

(C) ☒ The Debtor filed only a few case commencement documents. No schedules or statement of financial affairs (or chapter 13 plan, if appropriate) has been filed.

(D) ☐ There was a recent transfer of all or part ownership of, or other interest in the Property without the consent of the Movant or court approval.

c. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

6. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor:

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ Other:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

7. **Evidence in Support of Motion:** (*Important Note: Declaration(s) in support of the Motion MUST be signed under penalty of perjury and attached to this motion.*)

    a. The UNLAWFUL DETAINER DECLARATION on page 7.

    b. ☒ Supplemental declaration(s).

    c. ☒ Other (*specify*):
       Memorandum of Points and Authorities

**Movant requests the following relief.**

1. Relief from stay pursuant to: ☒ 11 U.S.C. § 362(d)(1)   ☐ 11 U.S.C. § 362(d)(2)

2. ☒ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to obtain possession of the Property.

3. ☒ Confirmation that there is no stay in effect.

4. ☒ The stay is annulled retroactive to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property shall not constitute a violation of the stay.

5. ☒ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7. ☒ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this motion:
    ☒ without further notice.
    ☐ upon recording of a copy of the order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

8. ☒ Relief from stay is granted under 11 U.S.C. § 362(d)(4), if the order granting this motion is recorded in compliance with state laws governing notices of interest or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of such order, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and a hearing.

9. ☒ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:
    ☒ without further notice.
    ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

10. ☒ The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                      Page 5                      **F 4001-1.RFS.UD.MOTION**

12. ☐ If relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable;

    a. ☐ Establishment of a deadline for assumption or rejection of the lease.

    b. ☐ Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

13. ☐ Other relief requested.


Date: ___04/25/2019___

                    The Ryan Firm, APC
                    Print name of law firm (*if applicable*)

                    Tadeusz McMahon
                    Print name of individual Movant or attorney for Movant (*if applicable*)

                    /s/ Tadeusz McMahon
                    Signature of individual Movant or attorney for Movant

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                      Page 6                                      **F 4001-1.RFS.UD.MOTION**

# UNLAWFUL DETAINER DECLARATION

I, (*name of declarant*) __Sam Ostayan_____, declare as follows:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding Movant's interest in the Property because (*specify*):

    a.  ☐  I am the Movant and owner of the Property.

    b.  ☐  I manage the Property as the authorized agent for the Movant.

    c.  ☐  I am employed by Movant as (*title and capacity*):

    d.  ☒  Other (*specify*):
        I am the managing member of Balcor, LLC, the entity that owns the real property located at 29416 Malibu View Court, Agoura Hills, CA 91301

2.  a.  ☒  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

    b.  ☐  Other (see attached):

3.  The Property is:

    ☒ Residential   ☐ Nonresidential

    *Street Address*: 29416 Malibu View Court
    *Unit/Suite Number*:
    *City, State, Zip Code*: Agoura Hills,  CA 91301

4.  Movant is the   ☒ legal owner of the Property, or   ☐ the owner's legally authorized agent.  A true and correct copy of the trustee's deed upon sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit _1____.  A true and correct copy of the applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5.  The Debtor asserts a possessory interest in the Property based upon:

    (1)  ☐  a month-to-month tenancy

    (2)  ☐  a lease that is in default

    (3)  ☒  after a foreclosure sale that was held on (*date*):  _01/04/2018___.

    (4)  ☐  other (*specify*):

6.  The Debtor failed to pay:

    a.  ☐  The monthly rent of $_____ beginning on (*date*): _____.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b. ☐ Other obligations including:

    (1) ☐ Common area maintenance charges

    (2) ☐ Property taxes

    (3) ☐ Other obligations (*specify*):

7. Procedural status

a. ☐ The lease matured or was rejected on (*date*) _____:

    (1) ☐ by operation of law.

    (2) ☐ by order of the court.

b. ☒ Movant caused a notice to quit to be served upon the Debtor on (*date*) _01/28/2018_, and a true and correct copy is attached as Exhibit _2_.

c. ☐ Before the bankruptcy petition was filed:

    (1) ☒ Movant filed a complaint for unlawful detainer against the Debtor on (*date*) _05/01/2018_, and a true and correct copy is attached as Exhibit _3_.

    (2) ☐ Trial was held on (*date*) _____.

    (3) ☒ Trial was continued to (*date*) _05/01/2019_.

    (4) ☐ An unlawful detainer judgment against the Debtor was entered on the complaint for unlawful detainer on (*date*) _____, and a true and correct copy is attached as Exhibit _____.

    (5) ☐ A writ of possession for the Property was issued on (*date*) _____, and a true and correct copy is attached as Exhibit _____.

d. After the bankruptcy petition was filed:

    (1) ☐ The Debtor has not filed and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

    (2) ☐ The Debtor or adult dependent of the Debtor has not deposited with the clerk any rent that would become due during the 30-day period after the filing of the bankruptcy petition.

    (3) ☐ The Debtor or adult dependent of the Debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

    (4) ☐ The Debtor filed and served on the Movant the certification required under 11 U.S.C. § 362(d)(1).

        (A) ☐ Movant filed and served an objection a copy of which is attached as Exhibit _____. A hearing on this objection is set for (*date*) _____.

        (B) ☐ Movant has not filed and served an objection.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 8                         **F 4001-1.RFS.UD.MOTION**

(5) ☐ An unlawful detainer action was filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that the Debtor has endangered the Property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. The Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of the Debtor's objection, if filed, is attached as Exhibit ___. A hearing on this objection is set for: _____.

(6) ☐ Regular lease payments have not been made after the bankruptcy petition was filed.

8. ☒ The Debtor does not have an interest in the Property that could be assumed or assigned under 11 U.S.C. § 365.

9. ☒ The Property is not necessary to an effective reorganization because it is:

   a. ☒ Residential, and is not producing income for the Debtor.

   b. ☐ Commercial, but no reorganization is reasonably in prospect.

   c. ☐ No longer property of the estate.

   d. ☒ Other (*specify*):
     Debtor's purported interest in the property appears to be manufactured solely for purposes of filing this bankruptcy to hinder the UD Action from proceeding. Trial was scheduled to proceed on 4/25/2019.

10. ☒ The bankruptcy case was filed in bad faith:

   a. ☒ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

   b. ☒ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

   c. ☒ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

   d. ☒ Other (*specify*):
     Debtor claims to live at multiple other properties, none of which are the subjecct property in the unlawful detainer action.

11. ☒ The filing of the bankruptcy petition was part of a scheme to delay, hinder or defraud creditors that involved:

   a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page of facts establishing the scheme.

   b. ☒ Multiple bankruptcy cases affecting the Property include:

   (1) Case name: In re: Carl Walker
     Chapter: 13    Case number: 1:19-bk-10786-MT
     Date filed: 04/03/2019    Date discharged: _____    Date dismissed: _____
     Relief from stay regarding the Property ☒ was ☐ was not granted.

   (2) Case name: In re: Enku Gelaye
     Chapter: 7    Case number: 1:15-bk-10980-VK
     Date filed: 04/01/2016    Date discharged: _____    Date dismissed: 05/20/2016
     Relief from stay regarding the Property ☐ was ☒ was not granted.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 9    F 4001-1.RFS.UD.MOTION

(3) Case name: In re: Enku Gelaye

Chapter: 13          Case number: 1:15-bk-13993-MT

Date filed: 12/03/2015          Date discharged: _____          Date dismissed: 03/21/2016

Relief from stay regarding the Property ☐ was ☐ was not  granted.

☐ See attached continuation page for information about other bankruptcy cases affecting the Property.

☒ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, or defraud creditors.

12. ☒ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy petition was filed, and Movant would have been entitled to relief from stay to proceed with these actions.

b. ☒ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit 4 .

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/25/2019          Sam Ostayan
Date               Printed Name                              Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                          Page 10                          F 4001-1.RFS.UD.MOTION

# EXHIBIT 1

# EXHIBIT 1



This page is part of your document - DO NOT DISCARD

# 20181321478





Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/31/18 AT 01:18PM**

Pages:
0004

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 2,365.00 |
| OTHER: | 0.00 |
| PAID: | 2,393.00 |



LEADSHEET



201812313240024

00016126588



009548485

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED

12/31/2018

*20181321478*

RECORDING REQUESTED BY:

SERVICELINK
3220 EL CAMINO REAL
IRVINE, CA 92602

WHEN RECORDED MAIL TO AND MAIL
TAX STATEMENTS TO:

BALCOR, LLC
15021 VENTURA BL #493
SHERMAN OAKS, CA 91403

## GRANT DEED

**TITLE ORDER NO. 180011149    ESCROW NO. 180011149    APN NO. 2063-047-014**

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $ 2,365.00 CITY TAX $
☑ computed on full value of property conveyed, or computed on full value less value
of liens or encumbrances remaining at time of sale,
☑ Unincorporated area: ☐ City of Agoura Hills, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

hereby GRANT(s) to BALCOR, LLC

the following described real property in the County of Los Angeles, State of California

See Exhibit A which is attached hereto and incorporated by this reference.

DB1/ 670689401 3

Dated: December 11, 20_18_

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

By: _Kathy J Cams_  _12-11-18_
Name: __Kathy J Cams__
Title: __Vice President__

STATE OF __Ohio__
COUNTY OF __Franklin__                                    }
On __Dec. 11__, 20_18_ before me,                    Heather R Sears
Notary Public, personally appeared __Kathy J Cams__
__Vice President__

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same
in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Heather R Sears_
        Heather R Sears

## Exhibit A

## Legal Description

PARCEL 1:

LOT(S) 14 OF TRACT NO. 45674, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 1237, PAGE(S) 1 TO 7 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THENCE SURFACE OF SAID LAND, AS PROVIDED IN THE DEED RECORDED MARCH 26, 1954 IN BOOK 44171, PAGE 88, OFFICIAL RECORDS, THE SURFACE RIGHTS TO A DEPTH OF 500 FEET, WAS QUITCLAIMED IN DEEDS RECORDED SEPTEMBER 1, 1964 IN BOOK D2612, PAGE 178 AND OCTOBER 4, 1965 IN BOOK D3069, PAGE 721, BOTH OF OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THE REMAINDER INTEREST IN ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED NOVEMBER 7, 1956 IN BOOK 53062, PAGE 133, OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, SANITARY SEWER, COVERED STORM DRAIN AND APPURTENANT STRUCTURES OVER PORTIONS OF LOT(S) 1 TO 8 INCLUSIVE, AS SHOWN AND DELINEATED AS "PRIVATE AND FUTURE STREET" ON SAID TRACT 45674.

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

DEC 3 1 2018

*Dean C. Logan* REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

# EXHIBIT 2

# EXHIBIT 2

MCCARTHY HOLTHUS-UD-SD
1770 Fourth Avenue   San Diego, CA 92101

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:
3/90 Notice For Possession; 5 Languages; Important Notice to Tenants; Blank Change in Ownership
Occupant Questionnaire; Notice to Tenants; Service Members Civil Relief Act; Dated Letter to Occupant
The above described Notice (s) were served on the following named parties in the manner set forth
below:

NAME OF OCCUPANT:   Enku Gelaye, Oscar Armando Chavez and All Persons in Possession

PERSON LEFT WITH:   Jane "Doe" - Occupant

      Age: 25-35 yrs old | Weight: 160lbs | Hair: Brown | Sex: Female |Height: 5'6 | Eyes: |
      Race: African American

DATE OF SERVICE:   January 28, 2018
TIME OF SERVICE:   12:10 PM

PROPERTY ADDRESS:   29416 Malibu View Ct,
      Agoura Hills, CA 91301
      (HOME)

☐ 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) on the above named occupant(s)
☑ 2. CONSTRUCTIVE SERVICE    After due and diligent effort and after attempting to personally serve said notice(s), as
    authorized by C.C.P. Section 1162(2,3) on each of the above named parties in the
    manner set forth below.

Substituted Service - By leaving the copies with or in the presence of Jane "Doe" a competent
member of the household (at least 18 years of age) at the dwelling house or usual place of abode
of the person served. I informed him/her of the general nature of the papers. By posting a copy
for each of the above named parties on  January 28, 2018 at 12:10 PM in a conspicuous place
on the property; and thereafter mailing a copy to each said party by depositing said copies in the
United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party
at their place where the property is situated on  January 28, 2018.

Fee for Service:$ 110.00
County: Ventura
Registration No.: 427
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2300
Ref: CA-18-114146

At the time of service, I was at least 18 years of age. I
declare under penalty of perjury that the foregoing is
true and correct.

Dated: January 29, 2018.

Signature: _Anthony Fuller_
             Anthony S. Fuller

UD70061

UD70061.NTQ.CA-18-114146
PROOF OF SERVICE

# Exhibit 3

# NOTICE FOR POSSESSION

**File No.    CA-18-114146**

TO:    Enku Gelaye, Oscar Armando Chavez

and  "ALL PERSONS IN POSSESSION" of the premises located at:

<u>29416 Malibu View Ct, Agoura Hills,  CA 91301</u>

NOTICE IS HEREBY GIVEN that:

1.) Within **three (3) days after service on you of this Notice**, in the event you are the Trustor of the Deed of Trust described below or prior owner of the subject property, or you reside in the Property with the Trustor of the Deed of Trust or prior owner, or:

2.) Within **ninety (90) days after service on you of this Notice**, in the event you are an occupant of the above described premises and not one of the Trustors of the Deed of Trust described below:

You are required to quit and deliver up possession of the premises to the undersigned or to JPMorgan Chase Bank, National Association, or its servicing agent, who is/are authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of LOS ANGELES County, California, and the title under the sale has been duly perfected.

This notice is given pursuant to the provisions of Sections 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

Dated: January 24, 2018

McCarthy & Holthus, LLP
Attorneys for JPMorgan Chase Bank, National Association

1770 Fourth Avenue
San Diego, CA 92101
(619) 685-4800 x3729

A foreclosure sale has been completed for this property and an eviction is beginning - Your rights to continue living in this property may be affected. Please call (with an interpreter) our office at (619) 685-4800 ext 3729 to discuss options which may be available to you. You may also wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have.  Time is of the essence.

Se ha realizado una venta por juicio hipotecario de esta propiedad y ha comenzado el proceso de desalojo. Es posible que sus derechos de continuar viviendo en esta propiedad se vean afectados. Comuníquese (con un intérprete) con nuestra oficina al (619) 685-4800, int. 3729, para analizar opciones disponibles para usted. También podrá comunicarse con un abogado o con la oficina local de asesoramiento legal o agencia de asesoramiento inmobiliario para analizar los derechos que pueda tener. El tiempo es crucial.

Thủ tục mua bán nhà bị tịch thu đã được hoàn tất đối với tài sản này và việc thu hồi nhà đang bắt đầu – Quyền hạn tiếp tục sống trong nhà này của quý vị có thể bị ảnh hưởng.  Xin gọi (với một thông dịch viên) cho văn phòng của chúng tôi ở số (619) 685-4800, số máy nhánh 3729 để thảo luận các lựa chọn có thể có đối với quý vị. Quý vị cũng có thể cần liên lạc với một luật sư hoặc một cơ quan trợ giúp về pháp luật hoặc tư vấn gia cư tại địa phương để thảo luận mọi quyền hạn của quý vị.  Thời gian là điều quan trọng nhất.

이 건물에 대한 압류 처분이 완료되었으며 철거가 시작되고 있습니다. 귀하가 이 건물에 계속 거주할 수 있는 권리가 영향을 받을 수 있습니다.  (619) 685-4800(내선 3729, 통역사 통화 가능)으로 전화하여 귀하가 선택할 수 있는 사항을 문의하십시오. 또한 변호사, 지역의 법률 지원 기관 또는 주택 상담 기관에 연락하여 귀하의 권리에 대해 문의할 수 있습니다.  서두르셔야 합니다.

Naisagawa na ang pagbebenta dahil sa pagpapasara sa property na ito at magsisimula na ang paglilipat – Ang iyong mga karapatang patuloy na tumira sa property na ito ay maaaring maapektuhan. Mangyaring tumawag (nang may interpreter) sa aming tanggapan sa (619) 685-4800 ext 3729 upang talakayin ang mga pagpipilian na maaari mong magamit. Maaari ka ring makipag-ugnay sa isang abugado o iyong lokal na legal aid o ahensya sa pagpapayo sa paninirahan upang talakayin ang anumang karapatang maaaring nauukol sa iyo.  Ang oras ay mahalaga.

法院針對此房產的公開拍賣（Foreclosure Sale）已經完成，幷且收回房產（Eviction）行動已經開始 – 您繼續居住在此房產的權利將受到影響。請（在譯員幫助下）致電我們的辦公室，電話 (619) 685-4800 分機 3729，以討論可供您選擇的各項方案。您還可能需要聯係一位律師、當地法律援助機構 或住房咨詢機構以便討論您可能擁有的各項權利。時間緊迫，請勿拖延。

**NOTICE TO TENANTS**

Notice to Any Renters Living At 29416 Malibu View Ct, Agoura Hills,  CA 91301

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

# Important Notice to Tenants

If you are a tenant of the prior owner
with a bona fide lease or tenancy,
<u>you may be allowed to continue renting the property</u>.

You may have additional rights as provided by Code of Civil Procedure Section 1161b. If you would like information regarding the options available, please contact this office immediately:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
**(619) 243-3960**
**Fax: (619) 785-3253**

It will be necessary for you to provide us with a copy of your lease with the prior owner. Please fill out and return the attached occupant questionnaire and return it with a copy of your lease.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

## IF YOU ARE IN THE ARMED FORCES, PLEASE READ THIS IMPORTANT MESSAGE ABOUT POSSIBLE RIGHTS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

**IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:**

**PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT**

Military servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections, including eviction protection, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

**Who may be entitled to Legal Protections under the SCRA:**

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;

- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;

- Active service members of the commissioned corps of the Public Health Service;

- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and

- Their spouses.

**What legal protections are servicemembers entitled to under the SCRA?**

- The SCRA states that a debt incurred prior to entering military service by a servicemember or servicemember and spouse jointly shall not bear interest at a rate above 6 percent during the period of military service and for one year thereafter.

- The SCRA states that in a legal action to enforce a mortgage debt filed during or within 12 months after the servicemember's military service, a court may take certain actions to protect the consumer.

- The SCRA states that eviction of servicemembers generally must be under a court order, and a court may take certain actions to protect the consumer.

- The SCRA contains many other protections besides those applicable to home loans.

## WHAT YOU NEED TO DO

### How do I request relief under the SCRA?

- Please contact us immediately at the following number to inform us of you or your spouse's military status. Call us at: (619) 685-4800 ext. 3729

- To assist in determining whether this loan is eligible for Servicemember benefits, please provide us with a copy of any military orders and/or DD-214 form(s) issued to you, any co-borrower, or occupant of the property and the Social Security numbers of any non-borrower occupants of the property.

- Some of the benefits provided by the SCRA require that the servicemember provide the lender with a copy of the servicemember's military orders. A servicemember or spouse, or both, may request relief under the SCRA by providing a written request with a copy of the servicemember's military orders:

McCarthy & Holthus, LLP
Evictions Department
1770 4th Ave.
San Diego, CA 92101

### How can I get more information about the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at the following website:
  http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to http://www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

- If you are such a servicemember, or a dependent of such a servicemember, you should contact McCarthy & Holthus, LLP at (619) 685-4800 ext. 3729 to discuss your status under the SCRA.

McCarthy ◆ Holthus

*A Limited Liability Partnership*
*A Multijurisdictional Law Firm*
**1770 Fourth Avenue**
**San Diego, California 92101**
**Telephone (877) 369-6122**
**Facsimile (619) 685-4811**
**www.McCarthyHolthus.com**
Email to all personnel:
First initial and last name@mccarthyholthus.com

January 24, 2018

Occupant
29416 Malibu View Ct
Agoura Hills,  CA 91301

Re:               JPMorgan Chase Bank, National Association v. Enku Gelaye, Oscar Armando Chavez
Property          29416 Malibu View Ct, Agoura Hills,  CA 91301
M&H File No.      CA-18-114146

Dear Occupants:

This office represents JPMorgan Chase Bank, National Association.  On or about 01/04/2018 JPMorgan Chase Bank, National Association completed the foreclosure sale of the above-referenced property.  We have been retained to proceed with an Eviction proceeding against you to obtain possession of the property.  We have prepared a Notice for Possession that will be or already has been served on you.  Pursuant to the Notice you have a very short time period to vacate the premises.

If you are a tenant of the prior owner with a bona fide lease or tenancy, you may have additional rights under Code of Civil Procedure Section 1161b.

The purpose of this letter is to offer you the opportunity to resolve this matter without litigation.  In order to confirm whether you have a bona fide lease or tenancy, we will need to review your lease and any other documents you have to support the existence of the bona fide lease or tenancy. As such, please provide them immediately to our Eviction Department. Please be advised that if you do have a bona fide lease or tenancy you must fax it to our attention at **(619) 785-3253** and stop making payments to your previous landlord.

This communication is for the purpose of collecting a debt, and any information obtained from the trustor(s) will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

Very truly yours,
**McCarthy & Holthus, LLP**

Eviction Department

# EXHIBIT 3

# EXHIBIT 3

1 | **McCarthy & Holthus, LLP**
Matthew E. Podmenik, Esq.  SBN 219364
2 | Melissa Robbins Coutts, Esq.  SBN 246723
Kaitlin Preston, Esq.  SBN 315631
3 | 1770 Fourth Avenue
San Diego, CA  92101
4 | Telephone: (619) 243-3960
Fax (619) 785-3253
5 |
Attorney for: Plaintiff,
6 | JPMorgan Chase Bank, National Association, its assignees and/or successors

**FILED**
Superior Court of California
County of Los Angeles

MAY 01 2018

Sherri R. Carter, Executive Officer/Clerk
By _Ann Crocker_ Deputy
Ann Crocker

7

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF LOS ANGELES**

10 | **LOS ANGELES VAN NUYS COURTHOUSE EAST JUDICIAL DISTRICT**

11

12 | JPMorgan Chase Bank, National Association, ) Case No.   **18VEUD02890**
its assignees and/or successors,                )
13 |                                              ) **COMPLAINT FOR UNLAWFUL**
         Plaintiff,                              ) **DETAINER FOLLOWING**
14 |                                             ) **FORECLOSURE SALE**
         vs.                                     ) **ACTION BASED ON CODE OF**
15 |                                             ) **CIVIL PROCEDURE SECTION**
Steven Godwin, Carl Walker,                      ) **1161b**
16 | and DOES 1-10, inclusive,                    )
                                                 ) Limited Civil Case
17 |     Defendant(s).                            )
                                                 ) Amount demanded does not exceed $10,000
18 |                                             )

19 | Plaintiff alleges as follows:

20 | 1. Plaintiff, JPMorgan Chase Bank, National Association, is entitled to possession and is

21 | the owner of record of a parcel of real property located at 29416 Malibu View Ct,

22 | Agoura Hills, CA 91301 ("Subject Property"). The Subject Property is located within

23 | the above-referenced Judicial District and County.

24 | 2. Plaintiff, JPMorgan Chase Bank, National Association, is an entity lawfully conducting

25 | business in California.

Page 1
Complaint for Unlawful Detainer   CA-18-114146 - Albert Frazier

3.  Defendant(s), Steven Godwin, Carl Walker, at all times herein mentioned resided in the State of California, County of LOS ANGELES.

4.  Defendant(s), and each of them, are currently in possession of and occupying the Subject Property.

5.  Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6.  The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10, inclusive, and each of them, are unknown to Plaintiff, who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7.  Plaintiff is the owner of and entitled to immediate possession of the Subject Property, which property is located within the jurisdictional boundaries of this court.

8.  Plaintiff owns the Subject Property by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9.  Defendant(s) or their predecessors defaulted under the terms of the Deed of Trust which secured the Property, the subject of this litigation. Thereafter, a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property, to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of LOS ANGELES, California.

10. After failure of Defendant(s) or their predecessors to cure said default, a Trustee's Sale of the Property was duly noticed, as required under California Civil Code section 2924 et seq., to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale, the Subject Property was sold to Plaintiff in compliance with California Civil Code Section 2924 et.seq. The Trustee's Deed Upon Sale was thereafter recorded in the LOS ANGELES County Recorder's

1    Office, thereby duly perfecting Plaintiff's title to the Subject Property.  A true and

2    correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "1" and

3    made a part hereof.

4    12. On 01/28/2018, Defendant(s) were served with a written notice requiring Defendant(s)

5    and "All Persons in Possession" of the Subject Property to quit and deliver up

6    possession of the property. A true and correct copy of said Notice for Possession is

7    attached hereto as Exhibit "2" and is incorporated by this reference.  A true and correct

8    copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "3"

9    and is incorporated by this reference.

10   13. Defendant(s) have failed and refused to deliver up possession of the Subject Property

11   after expiration of the Notice as required by California Code of Civil Procedure §1161b.

12   14. Defendant(s) continues in possession of the Subject Property without Plaintiff's

13   permission or consent.

14   15. The reasonable value of the use and occupancy of the Subject Property is equal to an

15   amount according to proof at trial, and damage to the Plaintiff caused by Defendant's

16   unlawful detention thereof has accrued at said rate since 5/1/2018 and will continue to

17   accrue until the date of entry of Judgment.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

1    WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

2    1.  Restitution of the Subject Property;

3    2.  Damages in an amount to be determined, according to proof, at trial, at a daily rate

4        from 5/1/2018, until the date that judgment for Plaintiff is entered by the Court; and

5    3.  Costs herein and further relief as is proper.

6

7    Dated: May 1, 2018                          McCarthy Holthus, LLP

8                                          By:

9                                               ☐ Matthew E. Podmenik, Esq.
                                                ☐ Melissa Robbins Coutts, Esq.
10                                              ☒ Kaitlin Preston, Esq.
                                                Attorney For Plaintiff,
11                                              JPMorgan Chase Bank,
                                                National Association

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

    I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

    I am one of the attorneys for JPMorgan Chase Bank, National Association, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

    Executed on May 1, 2018 in San Diego, California.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                   ☐ Matthew E. Podmenik, Esq. SBN 219364
                   ☐ Melissa Robbins Coutts, Esq. SBN 246723
                   ☒ Kaitlin Preston, Esq. SBN 315631

EX. 1

EX. 1

**EXHIBIT 1**

This page is part of your document - **DO NOT DISCARD**





# 20180025036

**Pages:
0005**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**01/09/18 AT 08:00AM**

| | | |
|---|---|---:|
| FEES: | | 26.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| SB2: | | 75.00 |
| PAID: | | 101.00 |




L E A D S H E E T





SEQ:
01

SECURE - 8:00AM





THIS FORM IS NOT TO BE DUPLICATED    DL

# Exhibit 1

FOR REFERENCE ONLY: 2018002 36

Recording requested by:

And when recorded mail to:

JP Morgan Chase Bank, N.A.
3415 Vision Dr
Columbus, OH 43219

Forward tax statements to the address given above

TS No.: 
Order No.:

Space above this line for recorders use

## Trustee's Deed Upon Sale

A.P.N.:

Exempt pursuant to Cal Rev and Tax Code §11926

"This Instrument is being recorded as an ACCOMMODATION ONLY, with no Representation as to its effect upon title"

THE UNDERSIGNED GRANTOR DECLARES:

The Grantee Herein IS the Foreclosing Beneficiary

| | |
|---|---|
| The amount of the unpaid debt together with costs was: | $6,516,355.82 |
| The amount paid by the grantee at the trustee sale was: | $2,295,000.00 |
| The documentary transfer tax is: | NONE |

Said property is in the City of: AGOURA, County of LOS ANGELES

QUALITY LOAN SERVICE CORPORATION, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

JPMorgan Chase Bank, National Association

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of LOS ANGELES, State of California, described as follows:

SEE ATTACHED LEGAL DESCRIPTION, as attached page 4

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by ENKU GELAYE, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, as trustor, dated

When recorded mail and send tax statement to:
JP Morgan Chase Bank, N.A.
3415 Vision Dr
Columbus, OH 43219

6/27/2007, and recorded on 7/2/2007 as instrument number 2007-1577651     of Official Records in the office of the Recorder of LOS ANGELES, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 2/12/2008, instrument no 08 0251960, Book , Page , of Official records. The Trustee of record at the relevant time having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 1/4/2018 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. The foreclosing beneficiary, being the highest at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $2,295,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust and instructed said trustee to vest this Trustee's Deed Upon Sale to said Grantee

*When recorded mail and send tax statement to:*
JP Morgan Chase Bank, N.A.
3415 Vision Dr
Columbus, OH 43219

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT
A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: ▮▮▮▮▮▮▮▮▮

Date: 1/5/18

QUALITY LOAN SERVICE CORPORATION

By: Kathlene Danaher Rush, Assistant Secretary

A notary public or other officer completing this certificate verifies only the identity of the individual who signed
the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: Californla)

County of: San Diego)

On __JAN 0 5 2018__ before me, _____Katherine A. Davis_____ a notary public, personally
appeared __Kathlene Danaherrush__ , who proved to me on
the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of Callfornia that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.                (Seal)

Signature

Katherine A. Davis

KATHERINE A. DAVIS
COMM. #2095368
Notary Public - California
San Diego County
My Comm. Expires Dec. 29, 2018

# EXHIBIT A

## LEGAL DESCRIPTION

PARCEL 1:

LOT(S) 14 OF TRACT NO. 45674, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 1237, PAGE(S) 1 TO 7 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THENCE SURFACE OF SAID LAND, AS PROVIDED IN THE DEED RECORDED MARCH 26, 1954 IN BOOK 44171, PAGE 88, OFFICIAL RECORDS, THE SURFACE RIGHTS TO A DEPTH OF 500 FEET, WAS QUITCLAIMED IN DEEDS RECORDED SEPTEMBER 1, 1964 IN BOOK D2612, PAGE 178 AND OCTOBER 4, 1965 IN BOOK D3089, PAGE 721, BOTH OF OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THE REMAINDER INTEREST IN ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED NOVEMBER 7, 1956 IN BOOK 53062, PAGE 133, OFFICIAL RECORDS.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, SANITARY SEWER, COVERED STORM DRAIN AND APPURTENANT STRUCTURES OVER PORTIONS OF LOT(S) 1 TO 8 INCLUSIVE, AS SHOWN AND DELINEATED AS "PRIVATE AND FUTURE STREET" ON SAID TRACT 45674.

EX. 2

EXHIBIT 2

## NOTICE FOR POSSESSION

File No.   CA-18-114146

TO;    Enku Gelaye, Oscar Armando Chavez

and "ALL PERSONS IN POSSESSION" of the premises located at:

29416 Malibu View Ct, Agoura Hills, CA 91301

NOTICE IS HEREBY GIVEN that:

1.) Within three (3) days after service on you of this Notice, in the event you are the Trustor of the Deed of Trust described below or prior owner of the subject property, or you reside in the Property with the Trustor of the Deed of Trust or prior owner, or:

2.) Within ninety (90) days after service on you of this Notice, in the event you are an occupant of the above described premises and not one of the Trustors of the Deed of Trust described below:

    You are required to quit and deliver up possession of the premises to the undersigned or to JPMorgan Chase Bank, National Association, or its servicing agent, who is/are authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

    You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of LOS ANGELES County, California, and the title under the sale has been duly perfected.

    This notice is given pursuant to the provisions of Sections 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California.

    Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.

Dated: January 24, 2018

McCarthy & Holthus, LLP
Attorneys for JPMorgan Chase Bank, National Association

1770 Fourth Avenue
San Diego, CA 92101
(619) 685-4800 x3729

# Exhibit 2

A foreclosure sale has been completed for this property and an eviction is beginning - Your rights to continue living in this property may be affected. Please call (with an interpreter) our office at (619) 685-4800 ext 3729 to discuss options which may be available to you. You may also wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have. Time is of the essence.

Se ha realizado una venta por juicio hipotecario de esta propiedad y ha comenzado el proceso de desalojo. Es posible que sus derechos de continuar viviendo en esta propiedad se vean afectados. Comuníquese (con un intérprete) con nuestra oficina al (619) 685-4800, int. 3729, para analizar opciones disponibles para usted. También podrá comunicarse con un abogado o con la oficina local de asesoramiento legal o agencia de asesoramiento inmobiliario para analizar los derechos que pueda tener. El tiempo es crucial.

Thủ tục mua bán nhà bị tịch thu đã được hoàn tất đối với tài sản này và việc thu hồi nhà đang bắt đầu – Quyền hạn tiếp tục sống trong nhà này của quý vị có thể bị ảnh hưởng. Xin gọi (với một thông dịch viên) cho văn phòng của chúng tôi ở số (619) 685-4800, số máy nhánh 3729 để thảo luận các lựa chọn có thể có đối với quý vị. Quý vị cũng có thể cần liên lạc với một luật sư hoặc một cơ quan trợ giúp về pháp luật hoặc tư vấn gia cư tại địa phương để thảo luận mọi quyền hạn của quý vị. Thời gian là điều quan trọng nhất.

이 건물에 대한 압류 처분이 완료되었으며 철거가 시작되고 있습니다. 귀하가 이 건물에 계속 거주할 수 있는 권리가 영향을 받을 수 있습니다. (619) 685-4800(내선 3729, 통역사 통화 가능)으로 전화하여 귀하가 선택할 수 있는 사항을 문의하십시오. 또한 변호사, 지역의 법률 지원 기관 또는 주택 상담 기관에 연락하여 귀하의 권리에 대해 문의할 수 있습니다. 서두르셔야 합니다.

Naisagawa na ang pagbebenta dahil sa pagpapasara sa property na ito at magsisimula na ang paglilipat – Ang iyong mga karapatang patuloy na tumira sa property na ito ay maaaring maapektuhan. Mangyaring tumawag (nang may interpreter) sa aming tanggapan sa (619) 685-4800 ext 3729 upang talakayin ang mga pagpipilian na maaari mong magamit. Maaari ka ring makipag-ugnay sa isang abugado o iyong lokal na legal aid o ahensya sa pagpapayo sa paninirahan upang talakayin ang anumang karapatang maaaring nauukol sa iyo. Ang oras ay mahalaga.

法院針對此房產的公開拍賣（Foreclosure Sale）已經完成，并且收回房產（Eviction）行動已經開始 – 您繼續居住在此房產的權利將受到影響。請（在譯員幫助下）致電我們的辦公室，電話 (619) 685-4800 分機 3729，以討論可供您選擇的各項方案。您還可能需要聯係一位律師、當地法律援助機構或住房咨詢機構以便討論您可能擁有的各項權利。時間緊迫，請勿拖延。

MCCARTHY HOLTHUS-UD-SD
1770 Fourth Avenue  San Diego, CA 92101

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

3/90 Notice For Possession; 5 Languages; Important Notice to Tenants; Blank Change in Ownership
Occupant Questionnaire; Notice to Tenants; Service Members Civil Relief Act; Dated Letter to Occupant
The above described Notice (s) were served on the following named parties in the manner set forth
below:

NAME OF OCCUPANT:  Enku Gelaye, Oscar Armando Chavez and All Persons in Possession

PERSON LEFT WITH:  Jane "Doe" - Occupant

                Age: 25-35 yrs old | Weight: 160lbs | Hair: Brown | Sex: Female |Height: 5'6 | Eyes: |
                Race: African American

DATE OF SERVICE:  January 28, 2018
TIME OF SERVICE:  12:10 PM

PROPERTY ADDRESS:  29416 Malibu View Ct,
                         Agoura Hills, CA 91301
                         (HOME)

☐ 1. PERSONAL SERVICE      By delivering a copy of the Notice(s) on the above named occupant(s)
☑ 2. CONSTRUCTIVE SERVICE   After due and diligent effort and after attempting to personally serve said notice(s), as
                                authorized by C.C.P. Section 1162(2,3) on each of the above named parties in the
                                manner set forth below.

Substituted Service – By leaving the copies with or in the presence of Jane "Doe" a competent
member of the household (at least 18 years of age) at the dwelling house or usual place of abode
of the person served. I informed him/her of the general nature of the papers. By posting a copy
for each of the above named parties on  January 28, 2018 at 12:10 PM in a conspicuous place
on the property; and thereafter mailing a copy to each said party by depositing said copies in the
United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party
at their place where the property is situated on  January 28, 2018.

Fee for Service:$ 110.00
County: Ventura
Registration No.: 427
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2300
Ref: CA-18-114146

At the time of service, I was at least 18 years of age. I
declare under penalty of perjury that the foregoing is
true and correct.

Dated:  January 29, 2018.

Signature:_____
           Anthony S. Fuller

UD70081

UD70061.NTQ.CA-18-114146
PROOF OF SERVICE

# Exhibit 3

# EXHIBIT 4

# EXHIBIT 4

This page is part of your document - DO NOT DISCARD



# 20190350723



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**04/19/19 AT 10:11AM**

Pages:
0006

| FEES: | 32.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



LEADSHEET



201904193250015

00016514389



009767565

SEQ:
01

DAR - Counter (Upfront Scan)



THIS FORM IS NOT TO BE DUPLICATED



RECORDING REQUESTED BY:
THE RYAN FIRM

AND WHEN RECORDED MAIL TO:

The Ryan Firm
30 Corporate Park, Suite 310
Irvine, CA 92606



04/19/2019

*20190350723*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)



ES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __April 18, 2019__ the attached reproduction(s),

containing ___3___ pages, is a full, true and correct copy of the complete document

entitled: **ORDER GRANTING MOTION FOR RELIEF FROM STAY**

_____

Case #: __1:19-BK-10786-MT__          Doc #: __15__

which includes:  ☐ Exhibits   ☐ Attachments

on file in my office and in my legal custody at the marked location.

☐ 255 E. Temple Street, Suite 100        ☐ 3420 Twelfth Street, Suite 125
   Los Angeles, CA 90012                    Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074        ☐ 1415 State Street
   Santa Ana, CA 92701-4593                 Santa Barbara, CA 93101-2511

☒ 21041 Burbank Boulevard
   Woodland Hills, CA 91367

                   **KATHLEEN J. CAMPBELL**
                   **Clerk of Court**

                   By: _Vera Surrano_
                        Deputy Clerk

## THIS <u>CERTIFICATION</u> IS VALID ONLY WITH THE
## UNITED STATES BANKRUPTCY COURT SEAL.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy M. Ryan, Bar No. 178059<br>Andrew J. Mase, Bar No. 300680<br>THE RYAN FIRM<br>A Professional Corporation<br>30 Corporate Park, Suite 310<br>Irvine, CA 92606<br>Telephone (949) 263-1800; Fax (949) 872-2211<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>APR 18 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Fisher    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO* DIVISION**

| In re:<br><br>CARL WALKER | CASE NO.: 1:19-bk-10786-MT<br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)** |
| | DATE:          April 17, 2019<br>TIME:          10:00 a.m.<br>COURTROOM: 302<br>PLACE:         21041 Burbank Boulevard<br>                    Woodland Hills, CA 91367 |
| Debtor(s). | |
| **Movant:** Balcor, LLC | |

1.  The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2.  This order applies to the following real property (Property):

    Type of property: ☒ Residential    ☐ Nonresidential

    *Street Address:* 29416 Malibu View Court
    *Unit/Suite number:*
    *City, State, Zip Code:* Agoura Hills, CA 91301

3.  The Motion is granted under:

    a.  ☐  11 U.S.C. § 362(d)(1)

    b.  ☒  11 U.S.C. § 362(d)(2)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

c. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

(1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

(2) ☐ Multiple bankruptcy cases affecting the Property.

(3) ☐ The court   ☐ makes   ☐ does not make   ☐ cannot make  a finding that the Debtor was involved in this scheme.

(4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order is binding in any other case under this title commenced by or against any debtor who claims any interest in the Property purporting to affect such real property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☐ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

c. ☐ Annulled retroactive to the bankruptcy petition date. Any postpetition acts taken by or at the request of the Movant to enforce its remedies regarding the Property, including without limitation entry of any order, judgment or writ, do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to obtain possession of the Property, including lockout, in accordance with applicable nonbankruptcy law, but may not pursue any monetary claim against the Debtor or property of the estate for amounts attributable to the period before the bankruptcy was filed except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not cause the Debtor to be locked out before (date) _____.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. ☐ This order is binding in any other bankruptcy case commenced by or against any debtor who claims any interest in the Property, or purporting to affect the Property filed not later than 2 years after the date of entry of this order, except that a debtor in a subsequent case may move for relief from this order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☐ This order is binding and effective in any bankruptcy commenced by or against the Debtor for a period of 180 days from the hearing of this Motion.

12. ☐ This order is binding and effective in *any* bankruptcy commenced by or against *any* debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion.

a. ☐ without further notice.

b. ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                         Page 2                              F 4001-1.RFS.UD.ORDER

13. ☒  A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless
of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion.

   a.  ☐  without further notice.

   b.  ☒  upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable
nonbankruptcy law.

14. ☐  Other (*specify*):

###

Date: April 18, 2019

Maureen A. Tighe
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                      Page 3                      F 4001-1.RFS.UD.ORDER

1  Timothy M. Ryan, Bar No. 178059
   Andrew J. Mase, Bar No. 300680
2  Tadeusz McMahon, Bar No. 304699
   THE RYAN FIRM
3  A Professional Corporation
   30 Corporate Park, Suite 310
4  Irvine, CA 92606
   Telephone (949) 263-1800; Fax (949) 872-2211
5
6  Attorneys for Balcor, LLC
7
8
                 **IN THE UNITED STATES BANKRUPTCY COURT**
9
          **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
10
11
12  In re:                              CASE NO.: 2:19-BK-14597-SK
                                        Chapter 13
13  JUBILIO ESCALERA
                                        _Assigned for All Purposes to_
14                                      Hon. Sandra R. Klein
                                        Crtrm. 1575
15
                                        **BALCOR, LLC'S MEMORANDUM OF**
16                                      **POINTS AND AUTHORITIES IN**
                                        **SUPPORT OF MOTION FOR RELIEF**
17                                      **FROM STAY PURSUANT TO 11 U.S.C.**
                                        **§ 362(D)(4)**
18
19
20
21
22
23
24
25
26
27
28

*(left margin, vertical text)* **THE RYAN FIRM** A Professional Corporation

Memorandum of Points and Authorities

Balcor, LLC submits the following memorandum of points and authorities in support of its motion for relief from stay pursuant to 11 U.S.C. § 362(d)(4).

## 1. INTRODUCTION AND BACKGROUND

The underlying unlawful detainer case, 18VEUD02290 ("UD Action"), concerning the property located at 29416 Malibu View Court, Agoura Hills, CA 91301 ("Subject Property"), has been pending since May 1, 2018. The defendants in the UD Action, namely Steven Godwin, Carl Walker and their cohorts, now including Jubilio Escalera ("Debtor"), have done everything in their power to hinder, delay, and defraud Balcor, LLC ("Balcor") from being able to proceed with trial in the UD Action, and have thus far cost Balcor thousands of dollars in legal fees. The UD Action has been hindered and delayed as follows:

a. Multiple Bankruptcy filings (including the present bankruptcy which is a bare bones petition) (*See* Motion for Relief, p. 9-10);

b. Debtor has filed several bankruptcy petitions in the past eight (8) years (one of which was apparently "involuntary"), despite representing to the Court (under oath) that he has not filed *any* (Doc. 1, p. 3);

c. Debtor claims to live at a different addresses based on his prior bankruptcy petitions, **none of which are the Subject Property** (*See* Request for Judicial Notice, Exhibits 1-7);

d. Removing the UD Action to federal court immediately before trial was scheduled to commence in the fall of 2018. (*See* Doc. 4, Supplemental Declaration of Andrew Mase ("Mase Decl.,"), ¶ 8;

e. Removing the UD Action to federal court *again (this time by Debtor's defaulted co-defendant)*, when summary judgment was set to be heard in March 2019 (Case No. 2:19-cv-02257-JFW-AFM);

f. Recording a fraudulent Grant Deed, representing to the Court in Carl Walker's bankruptcy that Balcor conveyed its interest in the Subject

THE RYAN FIRM
A Professional Corporation

2

THE RYAN FIRM
A Professional Corporation

1    Property to one "James Smith" in New York City, with Mr. Walker

2    claiming to have then entered into a lease agreement with Mr. Smith

3    concerning the Subject Property. Based on that evidence, Balcor filed

4    its Motion for Reconsideration of the Order Granting Relief from

5    Stay, presenting the Grant Deed as new evidence and requesting an *in*

6    *rem* order for relief.  (*See In re Carl Walker,* Case No. 1:19-bk-10786-

7    MT, Doc. 21.[1])

8    It is evident that Debtor, Carl Walker, and Steven Godwin are acting in concert

9 to prevent Balcor from prosecuting the UD Action by any means necessary,

10 including perjuring themselves and recording fraudulent title documents. Given

11 Debtor's bankruptcy history, and the fact that he claims to reside at multiple

12 different addresses, it is reasonable to assume that this is not his first bad faith

13 filing. Indeed, in a prior bankruptcy, relief from stay was granted on the basis that

14 Debtor's bankruptcy petition was hindering a different party's unlawful detainer

15 action. Debtor appears to be a "professional tenant" that specializes in schemes to

16 hinder and delay eviction proceedings. Accordingly, Balcor requests that its

17 motion for relief from stay be granted.

18    **2.  *IN REM* RELIEF IS WARRANTED PURSUANT TO 11 U.S.C. §**

19        **362(D)(4), AS DEBTOR DOES NOT CLAIM TO LIVE AT THE**

20        **SUBJECT PROPERTY, AND HAS FALSELY REPRESENTED**

21        **(UNDER OATH) THAT HE HAS NOT FILED BANKRUPTCY IN**

22        **THE PAST EIGHT YEARS, WHEN HE IN FACT HAS FILED AT**

23        **LEAST SIX PETITIONS**

24    Bankruptcy relief is limited to the "honest but unfortunate debtor." *Grogan v.*

25 *Garner* (1991) 498 U.S. 279, 287. It is intended to give a "fresh start" in life to

---

26

27

28

[1] It is worth noting that the basis for Balcor's Motion for Reconsideration of the Order Granting Relief From Stay in Carl Walker's bankruptcy **was to prevent this exact scenario**—namely, having another individual, in this case the fraudster and debtor, Mr. Escalera, from filing another bankruptcy petition to delay trial in the UD Action yet again.

1 "certain insolvent debtors," so they can "reorder their affairs, make peace with

2 their creditors and enjoy 'a new opportunity in life with a clear field for future

3 effort, unhampered by the pressure and discouragement of pre-existing debt.'" *Id.*

4 at 286 (quoting *Local Loan Co. v. Hunt* (1934) 92 U.S. 234, 244).

5   Courts deal strictly with debtors who abuse the Bankruptcy Code. A finding

6 that the bankruptcy case was commenced in bad faith can be "cause" for granting a

7 creditor relief from the automatic stay pursuant to 11 U.S.C. § 362(d). *See In re*

8 *Duvart Apt., Inc.* (9th Cir. BAP 1996) 205 B.R. 196, 200; *In re Fernandez* (Bankr.

9 C.D. Cal. 1997) 212 B.R. 361, 371-72 (enforcing in rem order issued in prior

10 bankruptcy case where debtor's fifth petition was a blatant abuse of the bankruptcy

11 process), aff'd, (9th Cir. BAP 1998) 227 B.R. 174.

12   Additionally, relief from stay under § 362(d)(4) may be granted when the

13 debtor has a documented history of hindering creditors from attempting to enforce

14 their rights (i.e., a "scheme"). "A movant must establish three elements to obtain

15 relief under section 362(d)(4): (i) the debtor's bankruptcy filing must have been

16 part of a scheme, (ii) the object of the scheme must be to delay, hinder, or defraud

17 creditors, and (iii) the scheme must involve either (a) the transfer of some interest

18 in the real property without the secured creditor's consent or court approval, or (b)

19 multiple bankruptcy filings affecting the property." *Greenstein v. Wells Fargo*

20 *Bank, N.A.* (Bankr. C.D. Cal. Oct. 31, 2017) 2017 Bankr. LEXIS 3770 at *41. By

21 seeking relief under § 362(d)(4), the creditor requests specific prospective

22 protection against not only the debtor, but also every non-debtor, co-owner, and

23 subsequent owner of the property. *In re First Yorkshire Holdings, Inc.* (9th Cir.

24 BAP 2012) 470 B.R. 864, 871. If granted, such relief nullifies the ability of the

25 debtor and any other third party with an interest in the property to obtain the

26 benefits of the automatic stay in future bankruptcy cases for a period of two years.

27 *Id.*

28 / / /

**THE RYAN FIRM**
A Professional Corporation

4

1    As discussed, Debtor does not claim to even reside at the Subject Property in

2    his bankruptcy petition, directly contradicting the representations he made to the

3    court in the UD Action. Additionally, Debtor has falsely claimed under oath that he

4    has not filed *any* bankruptcies in the past eight (8) years, when he has in fact filed

5    *at least two (2)*. Relief from stay was granted in his 2013 bankruptcy, in favor of a

6    different plaintiff in a different unlawful detainer action. [RJN, Exh. 6.] Debtor's

7    immediate bankruptcy is only the most recent action taken by the defendants to the

8    UD Action in a laundry list of bad acts to delay trial –acts that when taken

9    together, clearly amount to a "scheme" to hinder, delay, or defraud Balcor.

10    *In rem* relief pursuant to 11 U.S.C. § 326(d)(4) was intended to remedy

11    precisely these types of delay tactics. Indeed, Debtor assured in the Court in its

12    Motion for Reconsideration filed on April 19, 2019, in Mr. Walker's bankruptcy,

13    that it would be highly likely for other individuals to come out of the woodwork

14    claiming an interest in the Subject Property, and abusing the automatic stay

15    afforded to honest debtors under § 362. The only way to prevent further abuse of

16    the bankruptcy procedures by Debtor, Carl Walker, and Steven Goodwin, in

17    further delaying the UD Action, is through an *in rem* order for relief from the stay.

18    Accordingly, Balcor's motion should be granted in its entirety.

19    **3. CONCLUSION**

20    Based on the forgoing, Balcor respectfully requests that its motion for *in rem*

21    relief pursuant to 11 U.S.C. § 362(d)(4) be granted in its entirety. Debtor has a

22    demonstrated history of abusing the bankruptcy court's stay protections to hinder

23    eviction proceedings, and his immediate petition is nothing more than such a delay

24    tactic.

25    / / /

26    / / /

27    / / /

28    / / /

THE RYAN FIRM
A Professional Corporation

Memorandum of Points and Authorities

1    DATED: April 25, 2019                THE RYAN FIRM
2                                         A Professional Corporation
3
4
5    By: _____
                 TIMOTHY M. RYAN
6                ANDREW J. MASE
                 TADEUSZ MCMAHON
7                Attorneys for Balcor, LLC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE RYAN FIRM
A Professional Corporation

Memorandum of Points and Authorities

1

## SUPPLEMENTAL DECLARATION OF ANDREW MASE

2    I, Andrew Mase, declare as follows:

3    1.    I am over the age of 18 and competent to make this declaration.

4    2.    I am a senior associate of The Ryan Firm, counsel of record for plaintiff

5    Balcor, LLC ("Plaintiff"). I am licensed to practice law in the state of California. The

6    matters stated herein are based on my personal knowledge and if called to do so, I could

7    and would testify to them.

8    3.    On April 2, 2019, at 8:30 am, Plaintiff obtained summary judgment against

9    other defendants in the underlying unlawful detainer case, 18VEUD02290 ("UD

10   Action"). A hearing on Plaintiff's motion for summary judgment against Carl Walker,

11   another purported tenant of the property located at 29416 Malibu Court, Agoura Hills,

12   CA 91301 ("Subject Property"), was also set for this date and time. Due to Carl Walker's

13   counsel's protestation that she could not argue the motion, the matter was continued to

14   the following day at 8:30 am.

15   4.    On April 3, 2019, counsel for Plaintiff and counsel for Carl Walker

16   appeared in Department T of the Van Nuys Superior Courthouse to argue the remaining

17   motion for summary judgment.

18   5.    At the same time that this hearing was taking place, Carl Walker filed a

19   bankruptcy (Case No. 1:19-bk-10786-MT). At no point in the proceedings did Carl

20   Walker's counsel, Julie Sione or James Imperiale, ever inform the state court of the soon-

21   to-be pending bankruptcy of Carl Walker.

22   6.    The Court continued the summary judgment hearing to April 25 and also

23   set the matter for trial on April 25.

24   7.    The matter was continued based on Carl Walker's counsel's request that

25   more discovery was needed to oppose the summary judgment motion. Based thereon, the

26   parties agreed to have depositions of Carl Walker and the principal of Plaintiff on April

27   11, 2019. Counsel for Carl Walker entered into this agreement on the record in the state

28

THE RYAN FIRM
A Professional Corporation

1

1    court while knowing that Carl Walker was filing for bankruptcy the same day as the

2    hearing.

3        8.    Prior to this, the state case was removed by Carl Walker immediately

4    before trial was to commence in fall 2018.

5        9.    Likewise, prior to the original summary judgment hearing date of March

6    27, 2019, the matter was removed to federal court (and immediately remanded).

7        10.    On April 17, 2019, relief from the automatic stay was granted as to Carl

8    Walker's Chapter 13 Bankruptcy. Attached hereto as Exhibit 1 is a true and correct copy

9    of the recorded order granting relief from the automatic stay in the Carl Walker

10   bankruptcy.

11       11.    Thereafter, Plaintiff filed a motion for reconsideration based on newly

12   discovered evidence (a fraudulent Grant Deed), requesting that the order granting relief

13   from stay be amended to provide Plaintiff with *in rem* relief pursuant to 11 U.S.C.

14   §362(d)(4). (Case No. 1:19-bk-10786-MT, ECF No. 19-1.)

15       12.    On April 25, 2019, Plaintiff obtained an order granting summary judgment

16   against defendant Carl Walker.

17       13.    Trial in the UD Action, which was scheduled to commence on April 25,

18   2019, was stayed as a result of this bankruptcy petition filed by Jubilio Escalera

19   ("Debtor"). An associate of the debtor, disbarred attorney John Edwards (an individual

20   who has assisted in filing other documents on behalf of other defendants), brought into

21   the courtroom Debtor's bankruptcy filing. John Edwards also appeared in the courtroom

22   at Carl Walker's motion for relief from stay. John Edwards also assists Debtor in the

23   case identified in Exhibit 1 despite not having a law license.

24       14.    The court, as well as the other parties in the UD Action, were only notified

25   of Debtor's purported interest in the Subject Property, as well as his bankruptcy, at the

26   time trial was scheduled to begin by John Edwards in the Van Nuys Courthouse. At no

27   time prior to April 25, 2019, were any parties to the UD Action notified of Debtor's

28   purported interest in the Subject Property. Neither Carl Walker (another purported tenant

THE RYAN FIRM
A Professional Corporation

2

1  at the Subject Property), nor Carl Walker's counsel ever disclosed such information to

2  Plaintiff or the Court in the UD Action.

3       15.    As set forth in the memorandum of points and authorities, Debtor's

4  bankruptcy petition is undoubtedly part of an ongoing scheme to hinder, delay, or defraud

5  Plaintiff from proceeding with the UD Action, and *in rem* relief pursuant to 11 U.S.C.

6  §362(d)(4) is warranted.

7       16.    Through public filings, I have come to know that the debtor in this case

8  claims an interest in several other properties that are not the subject of Plaintiff's

9  unlawful detainer case.

10       17.    Attached hereto as Exhibit 1 is a true and correct copy of a motion and

11  declaration filed by Debtor in Los Angeles Superior Court wherein he claims to receive

12  mail at "1010 College Drive, Monterrey Park, CA 91754." But he also files his pleadings

13  from "7912 Ventura Cy Ave, Panorama City, CA 91423."

14       18.    In this matter, Debtor claims to live at 5800 Eastern Avenue, Commerce

15  CA 90040.

16       19.    On April 25, 2019, I called Debtor in pro per to ask him where we can

17  serve him with filings in this case and the UD case. He did not respond and did not

18  provide me with an address. He also could not tell me the address of the property that is

19  the subject of the unlawful detainer.

20

21       I declare under the penalty of perjury under the laws of the United States that the

22  foregoing is true and correct. Dated this 25th day of April 2019 in Irvine, CA.

23

24

25

26  ANDREW MASE – DECLARANT

27

28

THE RYAN FIRM
A Professional Corporation

3

Declaration of Andrew Mase in Support of Balcor, LLC's Motion for Relief from Stay

# EXHIBIT 1

# EXHIBIT 1

**This page is part of your document - DO NOT DISCARD**



# 20190350723



**Pages:**
**0006**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**04/19/19 AT 10:11AM**

| | |
|---|---|
| FEES: | 32.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 107.00 |



LEADSHEET



201904193250015

**00016514389**



009767565

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**



RECORDING REQUESTED BY:
THE RYAN FIRM

AND WHEN RECORDED MAIL TO:

The Ryan Firm
30 Corporate Park, Suite 310
Irvine, CA 92606


04/19/2019

*20190350723*

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)



ES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## Central District of California

I hereby attest and certify that on __April 18, 2019__ the attached reproduction(s),

containing ____3____ pages, is a full, true and correct copy of the complete document

entitled: __ORDER GRANTING MOTION FOR RELIEF FROM STAY__

Case #: __1:19-BK-10786-MT__          Doc #: __15__

which includes: ☐ Exhibits   ☐ Attachments

on file in my office and in my legal custody at the marked location:

☐ 255 E. Temple Street, Suite 100          ☐ 3420 Twelfth Street, Suite 125
   Los Angeles, CA 90012                        Riverside, CA 92501-3819

☐ 411 West 4th Street, Suite 2074           ☐ 1415 State Street
   Santa Ana, CA 92701-4593                     Santa Barbara, CA 93101-2511

☒ 21041 Burbank Boulevard
   Woodland Hills, CA 91367

                              **KATHLEEN J. CAMPBELL**
                              **Clerk of Court**

                              By: _Vera Surrano_
                              Deputy Clerk

## THIS <u>CERTIFICATION</u> IS VALID ONLY WITH THE
## UNITED STATES BANKRUPTCY COURT SEAL.

*Revised August 2010*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Timothy M. Ryan, Bar No. 178059<br>Andrew J. Mase, Bar No. 300680<br>THE RYAN FIRM<br>A Professional Corporation<br>30 Corporate Park, Suite 310<br>Irvine, CA 92606<br>Telephone (949) 263-1800; Fax (949) 872-2211 | **FILED & ENTERED**<br><br>APR 18 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Fisher    DEPUTY CLERK |
| ☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*SAN FERNANDO* DIVISION**

| In re:<br><br>CARL WALKER | CASE NO.: 1:19-bk-10786-MT<br>CHAPTER: 13 |
|---|---|
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (UNLAWFUL DETAINER)** |
| | DATE:          April 17, 2019<br>TIME:          10:00 a.m.<br>COURTROOM: 302<br>PLACE:         21041 Burbank Boulevard<br>                    Woodland Hills, CA 91367 |
| Debtor(s). | |
| **Movant: Balcor, LLC** | |

1. The Motion was:  ☐ Opposed  ☒ Unopposed  ☐ Settled by stipulation

2. This order applies to the following real property (Property):

   Type of property: ☒ Residential  ☐ Nonresidential

   *Street Address:* 29416 Malibu View Court
   *Unit/Suite number:*
   *City, State, Zip Code:* Agoura Hills, CA 91301

3. The Motion is granted under:

   a.  ☐ 11 U.S.C. § 362(d)(1)

   b.  ☒ 11 U.S.C. § 362(d)(2)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

c. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

  (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

  (2) ☐ Multiple bankruptcy cases affecting the Property.

  (3) ☐ The court  ☐ makes  ☐ does not make  ☐ cannot make  a finding that the Debtor was involved in this scheme.

  (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order is binding in any other case under this title commenced by or against any debtor who claims any interest in the Property purporting to affect such real property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing.  Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☐ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

  a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

  b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.

  c. ☐ Annulled retroactive to the bankruptcy petition date. Any postpetition acts taken by or at the request of the Movant to enforce its remedies regarding the Property, including without limitation entry of any order, judgment or writ, do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to obtain possession of the Property, including lockout, in accordance with applicable nonbankruptcy law, but may not pursue any monetary claim against the Debtor or property of the estate for amounts attributable to the period before the bankruptcy was filed except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant shall not cause the Debtor to be locked out before (date) _____.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. ☐ This order is binding in any other bankruptcy case commenced by or against any debtor who claims any interest in the Property, or purporting to affect the Property filed not later than 2 years after the date of entry of this order, except that a debtor in a subsequent case may move for relief from this order based upon changed circumstances or for good cause shown, after notice and hearing.

11. ☐ This order is binding and effective in any bankruptcy commenced by or against the Debtor for a period of 180 days from the hearing of this Motion.

12. ☐ This order is binding and effective in *any* bankruptcy commenced by or against *any* debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion.

  a. ☐ without further notice.

  b. ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

13. ☒ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion.

    a. ☐ without further notice.

    b. ☒ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

14. ☐ Other (*specify*):

###

Date: April 18, 2019

Maureen A. Tighe
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 3                    **F 4001-1.RFS.UD.ORDER**

# EXHIBIT 2

# EXHIBIT 2

Electronically FILED by Superior Court of California, County of Los Angeles on 03/01/2019 10:03 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Hung,Deputy Clerk

JUBILIO ESCALERA
7912 Ventura Cy Ave
Panorama City, CA 91423
IN PRO PER

# STATE COURT OF CALIFORNIA

# COUNTY OF LOS ANGELES

| | |
|---|---|
| **WFG NATIONAL TITLE INSURANCE CO**<br><br>Plaintiff,<br><br>vs.<br><br>JUBILIO ESCALERA, et all<br><br>Defendants | Case No.: BC640157<br><br>FOR ORDER<br>**NOTICE OF MOTION TO EXTEND THE DEADLINE TO RESPOND INTERROGATORIES, POINTS AND AUTHORITIES AND DECLARATION**<br><br>Date: 04-04-2019<br>Dept/Time: 39 - 9:AM |
| | Date Complaint was filed:   11/08/2016. |

## NOTICE OF MOTION

To WFG NATIONAL TITLE INSURANCE CO AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant JUBILIO ESCALERA will move for an order to extend deadline. This motion is made through Defendants' special appearance. The hearing will take place on above indicated located at 111 North Hill Street, Los Angeles, California.

Motion

1

This Motion is made on the ground that the Court lacks jurisdiction over the Defendants in regards to the Motion to Compel because Defendants were never served with a copy of the Motion to Compel and Memorandum of Point and Authorities Summons.  In that sense, any Plaintiff's notice to Defendants is defective for failure to comply with provisions of California Code of Civil Procedure § 1161 and 1162.

A friend of mine that I use as translator John Edwards emailed them for me for a copy of the Deposition, unfortunately they are charging $800.. That is also a reason I cannot finish answering interrogatories because I do not have those documents.

This Motion will be based on this Notice, the Memorandum of Points and Authorities below, on the Declarations of Defendant, and on the records and the file herein, and on such evidence as may be presented at the hearing of this Motion.

Dated: February 27,  2019

JUBILIO ESCALERA

## MEMORANDUM OF POINTS AND AUTHORITIES

I.          __STATEMENT OF FACTS__

WFG NATIONAL TITLE INSURANCE CO (hereafter "Plaintiff") filed an original action for

Fraud 11/08/2016.  This action concerns the premises located at 4050 Camino de la

Cumbre, Sherman  Oaks, CA 91423 Jubilio Escalera (hereinafter "Defendants") filed an

Answer to this action on 7/9/2018. Plaintiff filed but never mailed to Defendants any copy

of any Motion to Compel, filed on unknown date.


The Motion to compel is a missing material information and is referred only in a

PROPOSED ORDER RE: MOTION TO COMPEL RESPONSES TO FORM (A true and

correct copy is attached hereto as "Exhibit A") but did not include any page of the

MEMORANDUM OF POINT AND AUTHORITIES AND DECLARATION.


Around February 20, 2019, Defendant made contact with Plaintiff to ask more time to

answer interrogatories and Plaintiffs mentioned a Motion to compel was filed and served.

However defendant Jubilio Escalera has never received the motion, probably due to

incorrect address Plaintiff is using as some documents show. (A true and correct copy is

attached hereto as "Exhibit B")


On February 20, 2019 then, Defendants surprisingly discovered that a Motion to compel

was filed but never obtained a copy of the arguments impeding by this defect to oppose

to the Motion because it was not served.


A friend of mine that I use as translator John Edwards emailed them for me for a copy of

the Deposition, unfortunately they are charging $800.. That is also a reason I cannot

finish answering interrogatories because I do not have those documents.

2. GIVE A COPY OF THE MOVING PAPERS (the papers you file with the court for the motion) TO ALL OPPOSING SIDES.

A "motion to EXTEND DEADLINE" is the only method by which the defendant can test whether the legal recourse states a cause of legal procedure and, thereby, supports a legal stand.

B.     California Code of Civil Procedure §§ 415.10-415.50 set forth the permissible modes of service.

In California, the Code of Civil Procedure provides that proper service may be affected in one of six ways:

·        By personal delivery (Code Civ. Proc., § 415.10);

·        By substituted service (Code Civ. Proc., § 415.20, subd. (a));

·        Substituted service, when the defendant is not a natural person (Code Civ. Proc., § 415.20, subd. (b));

·        By mail (Code Civ. Proc., § 415.30 for in state service);

   C. Plaintiff failed to serve Defendants according to any statutorily prescribed method of service.

1.     Plaintiff did not personally serve the Defendants, as set forth in Code Civ. Proc. § 415.10. or by any other method.

D.    Non service is strictly construed against the Plaintiff under California law.

California Courts have explicitly held that service of process is strictly construed against the Plaintiff. In Bishop v. Silva, the Court, quoting the California Law Revision Commission, noted that "[t]he excuse of impossibility, impracticability, or futility should be strictly construed in light of the need to give a defendant adequate notice of the action so that the defendant can take necessary steps to preserve evidence." ((1991) 234 Cal.App.3d 1317, 1321 [285 Cal.Rptr. 910], quoting Cal.L.Rev.Comm. Reports 905 (1984).)

IV.    **THE COURT LACKS JURISDICTION OVER DEFENDANTS BECAUSE SERVICE OF THE MOTION IS BASED UPON A FATALLY DEFECTIVE NOTICE SINCE WAS NEVER SERVED.**

Probably Plaintiff is still serving as many times in this (where with no guarantee sometimes Post Office or other couriers leave mail) as I have not received also other court documents as Deposition Transcript - even thoughA friend of mine that I use as translator John Edwards emailed them for me for a copy of the Deposition, unfortunately they are charging $800.. That is also a reason I cannot finish answering interrogatories because I do not have those documents.

**WRONG ADDRESS : 1010 College Drive,**

**Monterrey Park, CA 91754**

**CORRECT ADDRESS: 1010 COLLEGE VIEW DRIVE**

**MONTERREY PARK CA 91754**


**V.    CONCLUSION**


Defendants have demonstrated that there are significant legal deficiencies in this case: the MOTION TO COMPEL was not served; and then fails to state a legal reason for Motion to Compel because the notice upon which this case is premised is fatally defective for non service. For the foregoing reasons Defendants, Jubilio Escalera is entitled to an order granting this Motion to extend the deadline.


Respectfully submitted,

 Dated: February 27, 2019


JUBILIO ESCALERA Defendant


**DECLARATION**


I, JUBILIO ESCALERA declare:


1.      That I am the DEFENDANT in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2.      I make this Declaration in support of my MOTION TO EXTEND DEADLINE FOR LACK OF SERVICE against a Plaintiff's MOTION

3.      I received only a document "PROPOSED ORDER RE: MOTION…"

4.      I have never received any MOTION TO COMPEL with points and autorities and declaration on any of my addresses.

5.      I made contact to the other parties attorneys and they mention they filed a Motion to Compel that I never received

6.      Plaintiff sent documents to a different address before but there is not guaranty I receive them there I even told them but they never corrected

**WRONG ADDRESS :** 1010 College Drive,

Monterrey Park, CA 91754

**CORRECT ADDRESS:** 1010 COLLEGE VIEW DRIVE

MONTERREY PARK CA 91754

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed on Los Angeles, on February 27, 2019

JUBILIO ESCALERA

# Exhibit C

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | LORI C. HERSHORIN (SBN 155977)
lorih@hhlawgroup.com
2 | CLAUDIA MOURAD (SBN 211139)
claudiam@hhlawgroup.com
3 | **HERSHORIN & HENRY, LLP**
4 | 26475 Rancho Parkway South
Lake Forest, CA 92630
5 | T: (949) 859-5600 ♦ F: (949) 859-5680

6 | Attorneys for Plaintiff,
WFG NATIONAL TITLE INSURANCE COMPANY,
7 | a South Carolina corporation

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF LOS ANGELES, STANLEY MOSK COURTHOUSE**

| | |
|---|---|
| 10 WFG NATIONAL TITLE INSURANCE 11 COMPANY, a South Carolina corporation, | Case Number:  BC640157 |
| 12           Plaintiff, 13 vs. | HON. ELIZABETH R. FEFFER, PRESIDING **[PROPOSED] ORDER RE: MOTION TO COMPEL RESPONSES TO FORM INTERROGATORIES, SET ONE, FROM DEFENDANT, JUBILIO ESCALERA, AND REQUEST FOR SANCTIONS** |
| 14 TAMARA DADYAN, an individual; ROSE AVAKIAN AKA ROSA AVAKIAN AKA ROZA 15 AVAKIAN, DBA ESCROW DOC AKA ESCROW DOC CO., an individual; ADELIYA 16 TIMIROVA INVESTMENTS, INC., a California corporation; ARTHUR ABRAHAMOV AKA 17 ARTHUR ABRAHAM, DBA ESCROW DOC AKA ESCROW DOC CO., an individual; 18 ADELIYA TIMIROVA, an individual; EGIA KAPEMYAN, an individual; TETIANA VOVK 19 AKA TATIANA VOVK, an individual; 20 SECURELINE REALTY AND FUNDING, INC., a California corporation; ARA HARITUNIAN, an 21 individual; UNITED ESCROW CO., a California corporation; NERSES NAKSHCHYAN, an 22 individual; QUALITY LOAN SERVICES CORPORATION, a California corporation; 23 SELECT PORTFOLIO SERVICING, INC., a Utah corporation; WELLS FARGO BANK, N.A. 24 AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS, PARK PLACE 25 SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-26 WCWS, a National Bank; JUBILIO ESCALERA, an individual; MJF FUNDING CORPORATION, | Date:  January 25, 2019 Time: 9:00 a.m. Dept: 39 Reservation No.: 181018357866 Complaint Filed: November 8, 2016 Trial Date: November 26, 2018 |

27

28

1  a California corporation; VARTAN AKOPYAN
   AKA VARDAN AKOPYAN, an individual;
2  EPRAKSI GEVORKIAN, an individual;
   KARAPET EMBOYAN; an individual;
3  HOVANES YESAYAN AKA HOVHANNES
   YESAYAN, an individual; ANUSH
4  FERAKHYAN, an individual; K-ASTRON
   VENTURES dba KONSTANT CLOSINGS, a
5  California Corporation; KONSTANTINE
   KABILAKFAS, an individual; ANGELA SIMON,
6  an individual; ALAK MIKAELYAN, an
   individual; WILLIAM PARENT, an individual;
7  TANDEM MORTGAGE, INC.; ANAIT
   AKOPYAN, an individual; JOSE ALONZA, an
8  individual; and DOES 1-50, inclusive,
9
10          Defendants.

11
       Plaintiff, WFG NATIONAL TITLE INSURANCE COMPANY's, Motion to Compel Responses
12
   from Defendant, Jubilio Escalera, regarding Form Interrogatories, Set One, came on regularly on January
13
   25, 2019 in Dept. 39, Judge Elizabeth R. Feffer presiding.
14
       Upon reviewing the papers, exhibits and declarations, all submitted by the parties and considering
15
   the arguments of counsel, and good cause appearing therefor, this Court rules as follows:
16
       **The Motion is GRANTED**. Responses without objections are due served on WFG by _____,
17
   2018.
18
       The Request for Sanctions is GRANTED. Defendant is Ordered to pay $_____ in sanctions to
19
   WFG by _____, 2018.
20

21 **IT IS SO ORDERED.**
22

23 Dated: _____, 2018
24                                    _____
                                      Hon. Elizabeth R. Feffer
25                                    Judge of the Superior Court
26
27
28
   _____
                              ORDER
                               -2-

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 26475 Rancho Parkway South, Lake Forest, California 92630.

On **October 18, 2018,** I served the foregoing document(s) described as **[PROPOSED] ORDER RE: MOTION TO COMPEL RESPONSES TO FORM INTERROGATORIES, SET ONE, FROM DEFENDANT, JUBILIO ESCALERA, AND REQUEST FOR SANCTIONS** on all interested parties in this action by placing a true copy(ies) in sealed envelope(s) addressed as follows: **SEE ATTACHED SERVICE LIST**.

## METHOD OF SERVICE

[X]  **(BY U.S. MAIL)** I caused each such envelope(s), with postage thereon fully prepaid, to be placed in the United States mail at Lake Forest, California. I am readily familiar with the practice of this law firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X]  **(BY PERSONAL SERVICE)** I caused said document(s) to be personally delivered by hand to the office(s) of the addressee(s) by placing the documents in an envelope or package addressed to the person at the addresses listed on the attached Service List and providing them to a professional messenger service.

[ ]  **(BY OVERNIGHT DELIVERY)** I am readily familiar with the practice of Hershorin & Henry, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited on a box or other facility regularly maintained by Federal Express/United Postal Service/GSO-Norco Overnite Express for overnight delivery.

[X]  **(BY ELECTRONIC MAIL TO ALL PARTIES UNDER THE STIPULATION FOR E-SERVICE)** By personally transmitting to the person(s) named on the attached Service List, who has previously agreed to receive documents via electronic mail, to the e-mail address(es) indicated on the attached Service List, on the date listed below, originating from Hershorin & Henry, LLP's electronic mail address, pursuant to the C.R.C. 2060 and Government Code § 11440.20. A true copy of the above-described document(s) was transmitted by electronic transmission through Hershorin & Henry, LLP's mail server, which did not report any error in sending the transmission.

[X]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 18, 2018**, at Lake Forest, California.

Katie Lapes

-1-

PROOF OF SERVICE

## ELECTRONIC SERVICE LIST
### *(ALL PARTIES UNDER THE STIPULATION FOR E-SERVICE)*
### LASC Case No.: BC640157

| COUNSEL/PARTIES | REPRESENTING |
|---|---|
| Shawn R. Perez, Esq.<br>Law Offices of Shawn R. Perez<br>626 South Third Street<br>Las Vegas, NV 89101<br>Tel: (949) 492-9545<br>Fax: (702) 442-7095<br>E-mail: shawn711@msn.com | *Attorneys for Defendants TAMARA DADYAN;<br>SECURELINE REALTY AND FUNDING, INC.;<br>and ARTHUR AYVAZYAN* |
| Mark L. Block, Esq.<br>Shannon J. McGinnis, Esq.<br>Scott R. Laes, Esq.<br>WARGO & FRENCH LLP<br>601 South Figueroa Street, Suite 4625<br>Los Angeles, CA 90017<br>Tel: (310) 853-6300<br>Fax: (310) 853-6333<br>E-Mail: mblock@wargofrench.com;<br>smcginnis@wargofrench.com;<br>slaes@wargofrench.com | *Attorneys for Defendants SELECT PORTFOLIO<br>SERVICING, INC. and WELLS FARGO BANK,<br>N.A., AS TRUSTEE, FOR PARK PLACE<br>SECURITIES, INC. ASSET-BACKED PASS-<br>THROUGH CERTIFICATES, SERIES 2005-<br>WCW2* |
| Corey A. Carter, Esq.<br>25152 Springfield Court, Suite 100<br>Valencia, CA 91355<br>Tel: (323) 825-5529<br>Fax: (323) 450-2222<br>E-mail: corey@themainstreetattorney.com | *Attorneys for Defendants TANDEM<br>MORTGAGE, INC. and STEVE ABRAMSON<br>(DOE 8)* |

## PERSONAL SERVICE LIST

| COUNSEL/PARTIES | REPRESENTING |
|---|---|
| Jubilio Escalera<br>1010 College View Drive Apt. A<br>Monterey Park, CA 91754<br>Tel: (818) 402-1718<br>E-mail: jubilioe@yahoo.com<br><br>Jubilio Escalera<br>7912 Ventura Canyon Avenue<br>Panorama City, CA 91402 | *Defendant/Cross-Complainant IN PRO PER* |

**MAIL SERVICE LIST**
*(ALL PARTIES NOT UNDER THE STIPULATION FOR E-SERVICE)*
**LASC Case No.: BC640157**

| COUNSEL/PARTIES | REPRESENTING |
|---|---|
| Fred G. Minassian, Esq.<br>Law Offices of Fred G. Minassian, Inc.<br>101 N. Brand Blvd., Suite 1970<br>Glendale, CA 91203<br>Tel: (818) 240-2444<br>Fax: (818) 240-3444<br>E-mail: fgminassianlaw@yahoo.com | *Attorneys for Defendant ROSE AVAKIAN AKA ROSA AVAKIAN AKA ROZA AVAKIAN, DBA ESCROW DOC AKA ESCROW DOC CO.* |
| Egia Kapemyan<br>931 University Avenue<br>Burbank, CA 91504<br>Tel: (818) 426-3628 | *Defendant/Cross-Complainant IN PRO PER* |
| Michael Y. Yi, Esq.<br>KIM PARK CHOI & YI<br>3435 Wilshire Blvd., Suite 2150<br>Los Angeles, CA 90010-2003<br>Tel: (213) 384-7600<br>Fax: (213) 384-4888<br>E-mail: michaelyi@kpcylaw.com | *Attorneys for Defendant UNITED ESCROW CO.* |

***ADDITIONAL PARTIES ON FOLLOWING PAGE***

-3-

PROOF OF SERVICE

## MAIL SERVICE LIST (CONTINUED)
### (ALL PARTIES NOT UNDER THE STIPULATION FOR E-SERVICE)
### LASC Case No.: BC640157

| | |
|---|---|
| Ara T. Haritunian<br>1484 Third Street, Unit A<br>La Verne, CA 91750<br>Tel: (909) 938-9585<br>E-Fax: (818) 279-2289<br>E-mail: araharitunian@yahoo.com | *Defendant IN PRO PER* |
| Vincent J. Quigg, Esq.<br>Sella Yerevanian, Esq.<br>Law Offices of Vincent J. Quigg<br>8335 West Sunset Blvd., Suite 338<br>West Hollywood, CA 90069<br>Tel: (310) 277-5005<br>Fax: (310) 277-2004<br>E-mail: californiaattys@gmail.com | *Attorneys for Defendants KONSTANTINE KABILAKFAS and K-ASTRON VENTURES, INC. d/b/a KONSTANT CLOSINGS* |
| Edgar Martirosyan, Esq.<br>MARTIROSYAN P.C.<br>15720 Ventura Blvd., Suite 229<br>Encino, CA 91436<br>Tel: (818) 528-8700<br>Fax: (818) 528-8704<br>E-mail: em@mpclegal.com | *Attorney for Defendant ANUSH FERAKHYAN* |

-4-

THIS IS YOUR CRS RECEIPT

|  | INSTRUCTIONS |
|---|---|
|  | Please print this receipt and attach it to the corresponding motion/document as the last page. Indicate the Reservation ID on the motion/document face page (see example). The document will not be accepted without this receipt page and the Reservation ID. |



ALIFORNIA, COUNTY OF LOS ANGELES

CASE NO.: BC005009

NOTICE OF MOTION AND MOTION
TO COMPEL ANSWERS TO FORM
INTERROGATORIES

DATE: January 17, 2020
TIME: 2:00 pm
DEPTC:
RES ID: 131112001085

RESERVATION INFORMATION

**Reservation ID:**      **181018357866**
**Number of Motion(s):**  4
**Transaction Date:**    October 18, 2018

**Case Number:**    BC640157
**Case Title:**     WFG NATIONAL TITLE INSURANCE CO. VS ESCROW DOC ET AL
**Party:**          WFG NATIONAL TITLE INSURANCE CO (Plaintiff)

**Courthouse:**          Stanley Mosk Courthouse
**Department:**          39
**Reservation Type:**    **Motion to Compel Discovery (not "Further Discovery")**
**Date:**                1/25/2019
**Time:**                09:00 am

FEE INFORMATION (Fees are non-refundable)

**First Paper Fee:**    Party asserts first paper was previously paid.

| Description | Motion ID | Receipt | Fee |
|---|---|---|---|
| Motion to Compel Discovery (not "Further Discovery") | 357867 | 1181018K6036-1 | $60.00 |
| Motion to Compel Discovery (not "Further Discovery") | 357868 | 1181018K6036-2 | $60.00 |
| Motion to Compel Discovery (not "Further Discovery") | 357869 | 1181018K6036-3 | $60.00 |
| Motion to Compel Discovery (not "Further Discovery") | 357870 | 1181018K6036-4 | $60.00 |
| **Total Fees:** | | | **$240.00** |

PAYMENT INFORMATION

**Name on Credit Card:**    Lori Carver Hershorin
**Credit Card Number:**     XXXX-XXXX-XXXX-0889

**A COPY OF THIS RECEIPT MUST BE ATTACHED TO THE CORRESPONDING
MOTION/DOCUMENT AS THE LAST PAGE AND THE RESERVATION ID INDICATED ON THE
MOTION/DOCUMENT FACE PAGE.**

# Exhibit B

| | |
|---|---|
| Edgar Martirosyan, Esq.<br>MARTIROSYAN P.C.<br>15720 Ventura Blvd., Suite 229<br>Encino, CA 91436<br>Tel: (818) 528-8700<br>Fax: (818) 528-8704<br>E-mail: em@mpclegal.com | *Attorney for Defendant ANUSH FERAKHYAN* |
| Corey A. Carter, Esq.<br>CARTER LAW<br>611 Wilshire Blvd., Suite 319<br>Los Angeles, CA 90017<br>Tel: (323) 825-5529<br>Fax: (323) 450-2222<br>E-mail: corey@themainstreetattorney.com | *Attorneys for Defendant TANDEM MORTGAGE, INC.* |
| Michael T. Stoller, Esq.<br>Law Offices of Michael T. Stoller, APC<br>23945 Calabasas Road, Suite 103<br>Calabasas, CA 91302<br>Tel: (818) 226-4040<br>Fax: (818) 226-4044<br>E-mail: michael.stoller@stollerlawgroup.com | *Attorneys for Defendants VARTAN AKOPYAN and ANAIT AKOPYAN* |
| Jubilio Escalera<br>1010 College Drive<br>Monterey Park, CA 91754<br>Tel: (818) 402-1718 | *Defendant IN PRO PER* |
| Vincent J. Quigg, Esq.<br>8335 West Sunset Blvd., Suite 338<br>West Hollywood, CA 90069<br>Tel: (310) 277-5005<br>Fax: (310) 277-2004 | *Attorneys for Defendants KONSTANTINE KABILAKFAS and K-ASTRON VENTURES, INC. d/b/a KONSTANT CLOSINGS* |
| Ara T. Haritunian<br>1484 Third Street, Unit A<br>La Verne, CA 91750<br>Tel: (909) 938-9585 | *Defendant IN PRO PER* |

| | |
|---|---|
| 1 Edgar Martirosyan, Esq.<br>MARTIROSYAN P.C.<br>2 15720 Ventura Blvd., Suite 229<br>Encino, CA 91436<br>3 Tel: (818) 528-8700<br>Fax: (818) 528-8704<br>4 E-mail: em@mpclegal.com | Attorney for Defendant ANUSH FERAKHYAN |
| 5 Corey A. Carter, Esq.<br>CARTER LAW<br>6 611 Wilshire Blvd., Suite 319<br>Los Angeles, CA 90017<br>7 Tel: (323) 825-5529<br>Fax: (323) 450-2222<br>8 E-mail: corey@themainstreetattorney.com | Attorneys for Defendant TANDEM MORTGAGE, INC. |
| 9 Michael T. Stoller, Esq.<br>Law Offices of Michael T. Stoller, APC<br>10 23945 Calabasas Road, Suite 103<br>Calabasas, CA 91302<br>11 Tel: (818) 226-4040<br>Fax: (818) 226-4044<br>12 E-mail: michael.stoller@stollerlawgroup.com | Attorneys for Defendants VARTAN AKOPYAN and ANAIT AKOPYAN |
| 13 Jubilio Escalera<br>1010 College Drive<br>14 Monterey Park, CA 91754<br>Tel: (818) 402-1718<br>15 | Defendant IN PRO PER |
| 16 Vincent J. Quigg, Esq.<br>8335 West Sunset Blvd., Suite 338<br>17 West Hollywood, CA 90069<br>Tel: (310) 277-5005<br>18 Fax: (310) 277-2004 | Attorneys for Defendants KONSTANTINE KABILAKFAS and K-ASTRON VENTURES, INC. d/b/a KONSTANT CLOSINGS |
| 19 Ara T. Haritunian<br>1484 Third Street, Unit A<br>20 La Verne, CA 91750<br>Tel: (909) 938-9585<br>21 | Defendant IN PRO PER |



The responses and $860 sanction payment were to be received 2/1. You then stated you needed more time to respond, and then asked for additional time until February 18. Please advise if you have placed them in the mail. If not, I will file a Motion for Contempt Hearing seeking further sanctions.

Also, as we discussed, Mr. Escalera needs to properly inform the court and all parties as to his address that is to be used in the litigation.

Claudia Mourad, Esq.

HERSHORIN & HENRY LLP

26475 Rancho Parkway South

Lake Forest, California 92630

Office: (949) 859-5600, Ext. 314

Facsimile: (949) 859-5680

www.hhlawgroup.com



HERSHORIN & HENRY, LLP

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Claudia Mourad
**Sent:** Monday, February 4, 2019 3:45 PM
**To:** john@jshoffmanlaw.com
**Cc:** jubilioe@yahoo.com; Lori Hershorin <lorih@hhlawgroup.com>; Christy Hite <christyh@hhlawgroup.com>; Ricardo Ramirez <ricardor@hhlawgroup.com>
**Subject:** RE: WFG v Dadyan (3087-01)-WFG National Title Company's Request for Form Interrogatories, Set One, to Jubilio Escalera

Dear Mr. Edwards:

Mr. Escalera was to send us the objection-free verified responses and the
sanctions check in the amount of $860.00 by February 1.

Please advise as to when we will receive the responses and our check.

Thank you.


Claudia Mourad, Esq.

HERSHORIN & HENRY LLP

26475 Rancho Parkway South

Lake Forest, California 92630

Office: (949) 859-5600, Ext. 314

Facsimile: (949) 859-5680

www.hhlawgroup.com



HERSHORIN & HENRY, LLP
ATTORNEYS AT LAW

The information contained in this e-mail message is intended only for the personal and
confidential use of the recipient(s) named above. This message may be an attorney-
client communication and/or work product and as such is privileged and confidential. If
the reader of this message is not the intended recipient or an agent responsible for
delivering it to the intended recipient, you are hereby notified that you have received
this document in error and that any review, dissemination, distribution, or copying of
this message is strictly prohibited. If you have received this communication in error,
please notify us immediately by e-mail, and delete the original message.


**From:** Ricardo Ramirez <ricardor@hhlawgroup.com>
**Sent:** Monday, February 4, 2019 3:01 PM
**To:** john@jshoffmanlaw.com
**Cc:** jubilioe@yahoo.com; Lori Hershorin <lorih@hhlawgroup.com>; Claudia
Mourad <claudiam@hhlawgroup.com>; Christy Hite
<christyh@hhlawgroup.com>
**Subject:** WFG v Dadyan (3087-01)-WFG National Title Company's Request for
Form Interrogatories, Set One, to Jubilio Escalera


Mr. Edwards,

As per the previous phone conversation we've had, wherein you requested for
a courtesy copy of WFG's Form Interrogatories, Set One, propounded to Mr.
Escalera, please see the attached PDF containing such discovery requests.

If this does not conform to what we've discussed, please feel free to reach
back to me.

Thanks,

Ricardo Ramirez

Director of Office Services

HERSHORIN & HENRY LLP

26475 Rancho Parkway South

Lake Forest, CA 92630

949.859.5600, Ext. 350

949.859.5680 (fax)

ricardor@hhlawgroup.com

The information contained in this e-mail message is intended only for the personal
and confidential use of the recipient (s) named above. This message may be an
attorney-client communication and/ or work product and as such is privileged and
confidential. If the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, you are hereby notified that
you have received this document in error and that any review, dissemination,
distribution, or copying of this message is strictly prohibited. If you have received
this communication in error, please notify us immediately by e-mail and delete the
original message.

--
***LEGAL CONFIDENTIALITY NOTICE: This document along with any
attachment(s) is intended for and directed to the individual or entity recipient

Journal Technologies Court Portal

# Make a Reservation

## WFG NATIONAL TITLE INSURANCE CO. VS ESCROW DOC ET AL

Case Number: BC640157    Case Type: Civil Unlimited    Category: Fraud (no contract)
Date Filed: 2016-11-08   Location: Stanley Mosk Courthouse - Department 39

### Reservation

| | |
|---|---|
| Case Name:<br>WFG NATIONAL TITLE INSURANCE CO. VS ESCROW DOC ET AL | Case Number:<br>BC640157 |
| Type:<br>Motion for Order (TO EXTEND TIME TO RESPOND INTERROGATORIES) | Status:<br>RESERVED |
| Filing Party:<br>Jubilio Escalera (Cross-Complainant) | Location:<br>Stanley Mosk Courthouse - Department 39 |
| Date/Time:<br>04/04/2019 9:00 AM | Number of Motions:<br>1 |
| Reservation ID:<br>017025318059 | Confirmation Code:<br>CR-BJX85QNXTF3JHXUE7 |

### Fees

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Motion for Order (name extension)   *** Fees Exempted by Fee Waiver *** | 60.00 | 1 | 0.00 |
| TOTAL | | | $0.00 |

### Payment

| | |
|---|---|
| Amount:<br>$0.00 | Type:<br>FEE_WAIVER |
| Account Number:<br>n/a | Authorization:<br>n/a |

🖨 Print Receipt    ➕ Reserve Another Hearing

Copyright © Journal Technologies, USA. All rights reserved.

that is named herein only. If you are not the intended recipient, as specified by the sender, you are hereby notified that any disclosure, copying, distribution or the taking of any action in relation to the contents of the information contained herein, is strictly prohibited, and you are commanded to destroy this document in its entirety, and notify the sender. Access to this document by any other person or entity is unauthorized. Any actions contrary to the intent of this NOTICE confirms that you accept liability. "All rights are reserved."***

--

***LEGAL CONFIDENTIALITY NOTICE: This document along with any attachment(s) is intended for and directed to the individual or entity recipient that is named herein only. If you are not the intended recipient, as specified by the sender, you are hereby notified that any disclosure, copying, distribution or the taking of any action in relation to the contents of the information contained herein, is strictly prohibited, and you are commanded to destroy this document in its entirety, and notify the sender. Access to this document by any other person or entity is unauthorized. Any actions contrary to the intent of this NOTICE confirms that you accept liability. "All rights are reserved."***

Connected to Microsoft Exchange

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

30 Corporate Park, Suite 310, Irvine, CA 92606

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _04/26/2019_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jubilio Escalera                     Honorable Sandra R. Klein
5800 Eastern Ave                  United States Bankruptcy Court - Central District of CA
Commerce, CA 90040          255 E. Temple Street, Suite 1582 / Courtroom 1575
Via overnight mail                 Los Angeles, CA 90012
                                              ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/26/2019 | Alena Ivanov | /s/ Alena Ivanov |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.